# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF APPEARANCE

PLEASE TAKE NOTICE THAT Gates Law Offices, by counsel, hereby gives notice that Richard O. Gates, Esq., withdraws from the pending cases listed on the attached Exhibit A effective April 5, 2018.

PLEASE TAKE FURTHER NOTICE that Mary-Scott Gates Hennigan, Esq., will replace Richard O. Gates, Esquire, as counsel for the Debtor(s) in the pending cases listed on Exhibit A.

Respectfully submitted,

Date:    04/12/2018            /s/ Mary-Scott Gates Hennigan
Mary-Scott Gates Hennigan, VSB #73029
Gates Law Offices
P. O. Box 187
Chesterfield, VA  23832
Scottie@GatesLawVa.com
Telephone:  804-748-0382
Fax:  804-748-6349

   /s/ Richard O. Gates
VSB #13857

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served by regular mail or ELECTRONIC MAIL through the Court's electronic filing system.

   /s/ Mary-Scott Gates Hennigan

## **EXHIBIT A**

| | |
|---|---|
| 15-36542-KLP | Harris, David Ray, Sr. & Phyllis F. |
| 16-30640-KLP | Munson, Kimberly Ann |
| 17-33947-KLP | Boone, Wanda Denise |
| 17-34741-KLP | Booker, Duane Anthony, Sr. |
| 17-35693-KLP | Johnson, Dawn Michelle |
| 15-36606-KLP | Williams, David, Jr. & Creola Phillips |
| 16-31994-KRH | Cummings, Jeffery Dean & Rosemary Lowery |